IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01184-JLK**

**ROBERT GOODSON,**

      Plaintiff,

v.

**NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,**

      Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Motion to Participate in Scheduling Conference via Telephone (doc. #38), filed August 26, 2005, is **GRANTED.** Out of state counsel shall contact the court at the time of the conference by calling 303-844-6118.

---

Dated:  August 26, 2005