IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01184-JLK**

**ROBERT GOODSON,**

    Plaintiff,

v.

**NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of Defendants' nonobjection to Plaintiff's Motion to Amend Complaint (Doc. 48), the Motion to Amend is GRANTED and the Amended Complaint ACCEPTED for filing.

Dated: October 20, 2005