IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01184-JLK**

**ROBERT GOODSON,**

    Plaintiff,

v.

**NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Amend Scheduling Order to Reschedule Depositions (Doc. #58), filed December 2, 2005, is **GRANTED.** The Parties should note, however, that the rescheduling of depositions by mutual agreement of the parties is not something that requires the consent or other action of the court. While the parties may not extend or shorten any deadlines set in the Scheduling Order without leave of the Court, they may reschedule depositions and the time for exchanging information by agreement without the need for Court approval.

Dated: December 5, 2005