IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01184-JLK**

**ROBERT GOODSON,**

    Plaintiff,

v.

**NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,**

    Defendants.

## ORDER

Kane, J.

The parties' Stipulation for Entry of Award of Costs (Doc. 82), is APPROVED, effective *nunc pro tunc* to April 13, 2007, and costs in the stipulated amount of $1050 are AWARDED to Defendants.


Dated:  May 11, 2007                                        **s/John L. Kane**
                                                                    SENIOR U.S. DISTRICT JUDGE